**Order entered April 27, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00450-CV**

**IN THE INTEREST OF M.T., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19981-S**

### ORDER

This is an appeal in a parental termination case. Before the Court is court reporter Joie Rivera's April 23, 2020 letter requesting a ten-day extension to file the reporter's record and informing the Court that she has been unable to obtain the exhibits.

We **GRANT** the request. To the extent the exhibits have not been made available to Ms. Rivera, we **ORDER** Dallas County District Clerk Felicia Pitre to give all original exhibits to Ms. Rivera **no later than 3:00 p.m. on Wednesday, April 29, 2020** for use in preparing the reporter's record. *See* TEX. R. APP. P. 34.6(g). Ms. Rivera shall return the original exhibits to Ms. Pitre within twenty-

four (24) hours of copying the exhibits for use in the record. *See id.* To the extent the exhibits are timely made available to Ms. Rivera, we **ORDER** the reporter's record be filed no later than May 7, 2020.

If any of the original exhibits are in the possession of someone other than Ms. Pitre, Ms. Pitre shall notify the Court and Ms. Rivera in writing **by 12:00 p.m. noon on Tuesday, April 28, 2020** of the name of the person, contact information for that person, and a list of the exhibits in that person's possession. *See id.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court; Ms. Pitre; Ms. Rivera; and the parties.

/s/     BILL WHITEHILL
        JUSTICE